ROBERT W. YOUNG, Respondent, *v.* VILLAGE OF POTSDAM et al., Appellants.

Argued October 10, 1947; decided November 20, 1947.

*Allan L. Gurley* for Village of Potsdam, appellant.
*Frank L. Cubley* for Clarence Gardner, appellant.
*Charles D. Campbell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of the Application of CHARLES J. STEINBUGLER, JR., Appellant, for Admission to the Bar of the State of New York.

Argued November 10, 1947; decided November 20, 1947.